Case 4:23-cv-02945 Document 12-1 Filed on 11/30/23 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

XAVIER KANOU, RANDY HAUCK,
JONATHAN LIEURANCE, and
JARED DANDURAND,
Individually and on behalf of
all other similarly situated,

        Plaintiffs,

v.

UTILITY METERING
SOLUTIONS, LLC,

        Defendant.

Case No. 4:23-cv-02945

**ORDER OF DISMISSAL WITHOUT PREJUDICE AND
REFERRING CLAIMS TO FINAL AND BINDING ARBITRATION**

HAVING BEEN DULY ADVISED that the parties have stipulated and agreed to an Order dismissing the above-captioned matter in its entirety without prejudice and referring Plaintiffs' individual claims to final and binding arbitration, and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that this matter shall be and is hereby dismissed in its entirety without prejudice, and

IT IS FURTHER ORDERED that the statute of limitations for individual Plaintiffs shall be tolled from the date of original filing of the Complaint and for 30 days following this dismissal.

IT IS SO ORDERED.

_____
Honorable Alfred H. Bennett
U.S. District Court Judge

DATED: November 30, 2023

1

APPROVED AS TO FORM AND SUBSTANCE:

| | |
|---|---|
| **BLANCHARD & WALKER PLLC** | **FOLEY & LARDNER LLP** |
| By:/s/ David M. Blanchard<br>David M. Blanchard<br>221 N. Main Street, Suite 300<br>Ann Arbor, MI 48104<br>(734) 929-4313<br>blanchard@bwlawonline.com | By:/s/ Jessica Glatzer Mason<br>Jessica Glatzer Mason<br>Federal ID No. 617542<br>1000 Louisiana Street, Suite 2000<br>Houston, TX 77002<br>(713) 276-5793<br>jmason@foley.com |
| **LICHTEN & LISS-RIORDAN PC**<br><br>Harold Lichten<br>Sarah R. Schalman-Bergen<br>Texas Federal ID No. 2330780<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>(617) 994-5800<br>hlichten@llrlaw.com<br>ssb@llrlaw.com<br><br>***ATTORNEYS FOR PLAINTIFFS*** | Brooke Bahlinger<br>State Bar No. 24116056<br>2021 McKinney Ave., Suite 1600<br>Dallas, TX 75201<br>(214) 999-3000<br>bbahlinger@foley.com<br><br>***ATTORNEYS FOR DEFENDANT*** |